## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

DaJUAN ROBINSON                        PLAINTIFF

V.         NO: 4:10CV00238 JMM

CONWAY POLICE DEPARTMENT *et al.*           DEFENDANTS

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 17th day of May, 2010.

                          _____
                          UNITED STATES DISTRICT JUDGE